NOVEMBER TERM, 1876. 511

:Haub v. Weathers.—The Town of Brazil v. Johnson et al., Etc.

## HAUB v. WEATHERS.

From the Jackson Circuit Court.

*E. C. Devore,* for appellant.
*W. K. Marshall,* for appellee.

PERKINS, J.—Suit by the appellee, against appellant, charging the latter with having sold intoxicating liquors to her husband, whereby he was made drunk, to her loss, damage, and injury in means of support.

Answer in general denial; trial by the court; verdict and judgment for the appellee, for fifty dollars; new trial denied. The only. assignment of error is, that the court erred in overruling the motion for a new trial; and the only point argued by counsel, in this court, is, that the finding of the court below was not justified by the evidence.

We have read the evidence, and we think, that, without a departure from the rule in acting upon causes resting on the weight of evidence, we can not disturb the judgment.

The judgment is affirmed, with costs.

---

## THE TOWN OF BRAZIL v. JOHNSON ET AL.

From the Clay Circuit Court.

*S. W. Curtis* and *B. S. Henderson,* for appellant.
*G. A. Knight* and *I. M. Compton,* for appellees.

HOWK, J.—This action presents precisely the same questions, and none other, for our consideration and decision, as those which are considered and decided in the case of *The Town of Brazil* v. *Kress, ante.* p. 14; and for the reasons given in the opinion in that case, this action must be decided as that was decided.

The judgment is reversed, at the appellees' costs, and the cause is remanded, with instructions to the court below, to sustain appellant's demurrer to appellees' complaint, and for further proceedings in accordance with the opinion in the case cited.

---

## THE TOWN OF BRAZIL v. TALLEY.

From the Clay Circuit Court.

*S. W. Curtis* and *B. S. Henderson,* for appellant.
*G. A. Knight* and *I. M. Compton,* for appellee.

HOWK, J.—The questions decided by this court, in the case of *The Town of Brazil* v. *Kress, ante,* p. 14, are decisive also of the material questions involved in the record of this cause; and, for the reasons given in the decision of the case cited, this action must be decided as that was decided.

Judgment reversed, at appellee's costs.